IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Romane J. Rickels,  Case No. 3:06CV2066

    Plaintiff

v.  ORDER

R. Cupp, et al.,

    Defendant

This is a pro se civil rights suit against four State of Ohio judges. Plaintiff's original complaint was dismissed for failure to state a cause of action.

On the same date as, but filed after the order of dismissal, plaintiff filed a motion for leave to file an amended complaint.

Plaintiff's complaint, having been dismissed, and final judgment having been entered against him, cannot be revived by means of an amended complaint.

In any event, even if plaintiff could properly seek leave to file an amended complaint, allowing him to do so would be futile. He still seeks to assert claims against the same judicial defendants. Those claims, even if different from the earlier claims, still encounter the same barriers to prevailing that compelled dismissal of plaintiff's original complaint

This case shall be marked closed, and no further pleadings from the plaintiff shall be accepted for filing without prior leave of the undersigned, which shall not be granted absent a showing of good cause. Plaintiff if hereby on notice that, if such cause is not shown, plaintiff shall be assessed, as a sanction for filing a frivolous pleading the sum of $100 for each such pleading.

It is, therefore,

ORDERED THAT

1. Plaintiff's motion for leave to file an amended complaint be, and the same hereby is denied; and

2. No further pleadings in this cause shall be accepted for filing without prior approval of the undersigned; if leave to file any such pleading is denied, the Clerk shall enter judgment against the plaintiff and in favor of the United States of America in th e amount of $100 for each such pleading.

An appeal from this order could not be taken in good faith, and shall not be allowed without prepayment by the plaintiff of the requisite filing fee.

So ordered.

>s/James G. Carr
James G. Carr
Chief Judge