IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Romane J. Rickels,            Case No. 3:06CV2066

       Plaintiff

v.            ORDER

R. Cupp, et al.,

       Defendant

This is a pro se suit in which the plaintiff has been barred from filing further pleadings unless leave of court has been obtained.

Pending is his motion for leave to file an "independent action" under Fed. R. Civ. P. 60.

It appears that the purpose of this designation is to by-pass this court's earlier order.

It won't work: there is no such thing as an "independent action" under the Civil Rules.

Plaintiff, therefore, must obtain leave before he may file this pleading. While he seeks leave to do so, he has failed to show that he has just cause to continue this case. It is, and remains without merit.

It is, therefore,

ORDERED THAT:

1. Leave be, and the same hereby is denied to plaintiff to file the pleading which he seeks to file;

2. Plaintiff be, and he hereby is sanctioned in the amount of $100 under 28 U.S.C. § 1927, Fed. R. Civ. P. 11 and this Court's inherent authority to sanction frivolous litigation; and

3. The Clerk shall accept no further pleadings in this case unless the sanction assessed herein has previously been paid.

So ordered.

s/James G. Carr  
James G. Carr  
Chief Judge